STATE OF MISSOURI, Respondent, v. JAMES HANLEY, Appellant.

Kansas City Court of Appeals, January 25, 1886.

AFFIRMANCE.—Where no brief is filed and the record discloses no error or irregularity in the trial, justifying a reversal of the judgment, it will be affirmed.

APPEAL from Saline Criminal Court, HON. JOHN E. RYLAND, Judge.

*Affirmed.*

ELLISON, J.—The defendant was indicted, tried and convicted for selling intoxicating liquors in less quantities than one gallon. He appeals to this court, but does not file a brief in the cause.

An examination of the record fails to disclose any error or irregularity in the trial, justifying a reversal of the judgment, and it is, therefore, with the concurrence of the other judges, affirmed.